UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOSEPH KAMP,

       Plaintiff,                                                               Case No. 1:21-CV-1039

v.                                                                           HON. GORDON J. QUIST

JAMES POPE,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 17, 2021, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R & R), recommending that the Court dismiss Plaintiff's complaint for failing to state a claim. (ECF No. 5.) The Court has reviewed the R & R.[1] No objection has been filed pursuant to 28 U.S.C. § 636(b). Accordingly, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the December 17, 2021, Report and Recommendation (ECF No. 5) is **approved** and **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failing to state a claim.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the R & R, the Court finds that any appeal would not be taken in good faith.

A separate judgment will enter.

Dated: February 7, 2022                                                                   /s/ Gordon J. Quist
                                                                                          GORDON J. QUIST
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] This case was initially assigned to U.S. District Judge Paul L. Maloney. On December 22, 2021, the case was reassigned to the undersigned by administrative order. (ECF No. 6.)